IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02093-BNB

ANDRE DAVID LEFFEBRE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY G. LAPPIN,
MICHAEL K. NALLEY,
RON WILEY,
MR. CABLE,
MR. RISKEY,
MR. COLLINS,
MR. FENLON,
RICHARD MADISON, and
U.S. INC.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 04 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Andre David Leffebre initiated this action by filing *pro se* a Prisoner Complaint alleging that his rights have been violated. On October 27, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Leffebre to file an amended complaint to clarify who he is suing as well as the specific claims for relief he is asserting in this action. Mr. Leffebre was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Leffebre has not filed an amended complaint as directed within the time allowed. Instead, on November 10, 2008, Mr. Leffebre filed a letter to the Court in which he states that he refuses to accept Magistrate Judge Boland's October 27 order.

Mr. Leffebre also filed on November 10 an affidavit in which he asserts that Defendants are using a low-frequency radiation microwave pulse on his mind and body because he has filed administrative claims against them. The complaint and the action will be dismissed without prejudice because Mr. Leffebre failed to file an amended complaint as directed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 3 day of Dec., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02093-BNB

Andre David Leffebre
Reg. No. 02897-078
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/4/08

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                  Deputy Clerk